**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adar Elmi, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Estate of Abdi Ahmed Mohamed, et al.,<br><br>          Defendants. | No. CV-24-08094-PCT-DLR<br><br>**ORDER** |

      Two wrongful death cases, both of which arise from the same motor vehicle crash, have recently been removed to this Court from Coconino County Superior Court. Both cases plead as follows: On March 8, 2022, Abdi Mohamed and Abdiaziz Elmi Omar were operating a tractor-trailer vehicle that rear-ended Defendant HNS Trucking LLC's ("HNS") tractor-trailer truck. As a result, Mohamed and Omar's trailer caught fire, and both men died.

      In the first case—Case No. 3:24-CV-8086-DJH, currently assigned to Judge Humetewa—Plaintiffs Sumaya Abdi Mohamed et al., allege that Omar was the driver of the tractor trailer at the time of the accident. In the second case—Case No. 3:24-CV-8094-DLR, pending before this Court—Plaintiffs Adar Elmi et al., allege that Mohamed was the driver. Other than the identity of the driver of the tractor trailer, the facts of the cases are virtually identical. Additionally, the cases involve overlapping claims and name many of the same defendants, including NRG Trucking Co., Nolan Transportation Group LLC,

FedEx Ground Package System, Inc., Mussie Mesfun, and HNS. Both cases are in the early stages of litigation.

Rule 42.1(e)(3) of the Local Rules of Civil Procedure provides that "a Judge may transfer a case to another Judge with that Judge's consent and with notice to the Chief Judge" for "reasons of judicial economy and the availability of judicial resources." Given the substantial overlap in facts, law, and parties, it would be in the interest of judicial economy to have both cases before the same judge. Thus, pursuant to LRCiv. 42.1(e), the judges assigned to the cases have conferred and have given consent to the reassignment of Case No. 3:24-CV-08094 to Judge Humetewa. The Court has given notice to the Chief Judge. Accordingly,

**IT IS ORDERED** that the Clerk of the Court shall directly reassign this action, Case No. 3:24-CV-08094, to the Honorable Diane J. Humetewa pursuant to LRCiv. 42.1(e)(3). All future pleadings and papers submitted for filing shall bear the following complete case number: **CV-24-08094-PCT-DJH**.

Dated this 21st day of May, 2024.

Douglas L. Rayes
United States District Judge